# EXHIBIT 2

**Boyd, Adrienne**

| | |
|---|---|
| **From:** | Laura Lunn <llunn@rmian.org> |
| **Sent:** | Tuesday, July 18, 2023 5:36 PM |
| **To:** | ICE-FOIA@dhs.gov; ice-foia@ice.dhs.gov |
| **Subject:** | FOIA Request Follow-Up |
| **Attachments:** | Rocky Mountain Immigrant Advocacy Network Mail - FOIA Request.pdf; RMIAN FOIA Request - Melvin Calero Mendoza - 11.10.22.pdf |

External E-mail

To Whom it May Concern:

I submitted the attached FOIA request on November 10, 2022 and have yet to receive a response with a tracking number. ICE has up to 20 business days to respond to FOIA requests, meaning the deadline for a response to my request was no later than December 12, 2022.

I would appreciate: (1) a tracking number; (2) an update on the status of my request; and (3) a date for when I can anticipate production of any documents that respond to the request.

Thanks for your assistance.

Regards,

Laura

--

Laura Lunn
Pronouns: *her, she, ella*
Director of Advocacy & Litigation
Rocky Mountain Immigrant Advocacy Network (RMIAN)
7301 Federal Boulevard, Suite 300 (top floor of Chase Bank building)
Westminster, Colorado 80030
Phone: (720) 370-9100
llunn@rmian.org
www.rmian.org

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Do you speak a second language? Join RMIAN as a volunteer interpreter and/or translator!

1