# EXHIBIT 3



**Laura Lunn <llunn@rmian.org>**

## FOIA Request Follow-Up

**ICE-FOIA** <ICE-FOIA@ice.dhs.gov>                                                Tue, Jul 25, 2023 at 10:45 AM
To: Laura Lunn <llunn@rmian.org>

Good day,

I do not show that this request was ever received at our office.

This has been placed in the processing queue and you should receive an acknowledgement letter in the near future.

ICE FOIA

**From:** Laura Lunn <llunn@rmian.org>
**Sent:** Tuesday, July 18, 2023 4:36 PM
**To:** ICE-FOIA@dhs.gov; ICE-FOIA <ice-foia@ice.dhs.gov>
**Subject:** FOIA Request Follow-Up

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

[Quoted text hidden]