**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  23-2359

ROCKY MOUNTAIN IMMIGRANT ADVOCACY
NETWORK,

      Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

      Defendant.

---

**SUMMONS IN A CIVIL ACTION**

---

    To: *(Defendant's name and address)*    U.S. Immigration and Customs Enforcement
    Office of the Principal Legal Advisor
    500 12th St. SW; Mail Stop 5009
    Washington, D.C. 20536-5009

    A lawsuit has been filed against you.

    Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. *See* 5 U.S.C. § 552(a)(4)(C). The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Adrienne D. Boyd
    Colin M. O'Brien
    ARNOLD & PORTER KAYE SCHOLER LLP
    Adrienne.Boyd@arnoldporter.com
    Colin.OBrien@arnoldporter.com
    1144 Fifteenth Street, Suite 3100
    Denver, CO, 80202-2569, (303) 863-1000

        Liam E. O'Connor
        ARNOLD & PORTER KAYE SCHOLER LLP
        Liam.E.OConnor@arnoldporter.com
        Three Embarcadero Center, 10th Floor
        San Francisco, CA 94111-4024, (415) 471-3100

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

        *CLERK OF COURT*

DATE: _____    _____
            *Signature of Clerk or Deputy Clerk*