IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02359-STV

ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK,

    Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT.

    Defendant.

## JOINT STATUS REPORT

Pursuant to the Court's October 5, 2023, Order, the Parties hereby provide the Court with a joint status report, as set forth below.

1. This is an action brought by Plaintiff under the Freedom of Information Act ("FOIA") seeking records related to the death of an individual who was detained by U.S. Immigration and Customs Enforcement ("ICE"). *See generally* ECF No. 1.

2. On or around November 15, 2023, ICE provided counsel for Plaintiff certain documents responsive to Plaintiff's FOIA requests. *See, e.g.*, ECF No. 1-1 at 5-8 (describing the 22 categories of documents requested).

3. On or around December 15, 2023, ICE provided counsel for Plaintiff a second production of requested documents.

4. ICE is in the process of collecting and producing additional relevant documents for Plaintiff's FOIA requests.

1

5. ICE expects and intends to begin a third production of documents to counsel for Plaintiff no later than January 19, 2024.

Respectfully submitted this 8th day of January, 2024,

| | |
|---|---|
| s/ *Adrienne D. Boyd* <br> Adrienne D. Boyd <br> **ARNOLD & PORTER KAYE SCHOLER LLP** <br> 1144 Fifteen Street <br> Suite 3100 <br> Denver, CO 80202-2569 <br> Phone: (303)-863-1000 <br> Email: Adrienne.Boyd@arnoldporter.com <br> Counsel for Plaintiff | /s *Andrew M. Soler* <br> Andrew M. Soler <br> United States Attorney's Office <br> 1801 California Street, Suite 1600 <br> Denver, CO 80202 <br> Phone: 303-454-0201 <br> Fax: 303-454-0409 <br> Andrew.Soler@usdoj.gov <br> Counsel for Defendant |

## CERTIFICATE OF SERVICE

I certify that on January 8, 2024, I filed the foregoing with the Clerk of the Court for the District of Colorado using the CM/ECF system, which will send a copy to the following email addresses:

Adrienne.boyd@arnoldporter.com

colin.obrien@arnoldporter.com

liam.e.oconnor@arnoldporter.com

                                                    s/ *Andrew M. Soler*
                                                    Andrew M. Soler