IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02359-STV

ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK,

    Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT.

    Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT, ECF No. 1**

Pursuant to D.C.COLO.LCivR 6.1, Defendant hereby moves for a 25-day extension of the time to answer or otherwise respond to Plaintiff's Complaint, ECF No. 1, up to and including **February 12, 2024.** Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel certifies that he has conferred with counsel for Plaintiff, who does not oppose the relief sought. There is good cause for the requested extension, as discussed below.

1.    This is an action brought by Plaintiff under the Freedom of Information Act ("FOIA") seeking records related to the death of an individual who was detained by U.S. Immigration and Customs Enforcement ("ICE"). *See generally* ECF No. 1.

2.    On or around November 15, 2023, ICE provided counsel for Plaintiff certain categories of requested priority documents. *See, e.g.*, ECF No. 1-1 at 5-8 (describing the 22 categories of documents requested).

3. On or around December 15, 2023, ICE provided counsel for Plaintiff a second production of requested documents.

4. On or around January 16, 2023, ICE provided counsel for Plaintiff a third production of requested documents.

5. ICE is in the process of collecting and producing additional relevant documents for Plaintiff's FOIA requests.

6. ICE expects and intends to begin the next production of documents to counsel for Plaintiff, including additional priority documents, no later than February 16, 2024.

7. Fed. R. Civ. P. 6(b)(1)(A) permits the Court to extend the time period for taking any action, on a motion filed before the deadline for such action, upon a showing of good cause. Good cause exists here because the additional time may allow for Defendant to produce the relevant documents for Plaintiff's FOIA requests without Court intervention.

8. Accordingly, Defendant seeks a 25-day extension of time, up to and including **February 12, 2024**, to respond to the Complaint. The requested relief will simplify and streamline the proceedings, and promote judicial economy. Moreover, pursuant to D.C.COLO.LCivR 7.1(a), as noted, Plaintiff does not oppose the relief requested in this motion.

9. The requested extension will not prejudice Plaintiff or delay the progression of this case because no scheduling conference has been set and discovery has not started.

10. Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that Defendant has sought and received two previous extensions of time to file a response to the Complaint. *See* ECF No. 14 (motion); ECF No. 15 (order); ECF No. 17 (motion); ECF No. 18 (order).

11.     Pursuant to Judge Varholak's Civil Practice Standard V(E)(3), undersigned counsel certifies that the requested extension would not affect any other date currently set in the case.

12.     Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served upon representatives for Defendant.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests that the Court extend the deadline to respond to the Complaint up to and including **February 12, 2024**.

Respectfully submitted this 18th day of January, 2024,

        COLE FINEGAN
        United States Attorney

        *s/Andrew M. Soler*
        Andrew M. Soler
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        Tel: (303) 454-0100
        Andrew.Soler@usdoj.gov
        Counsel for the Defendant

## CERTIFICATE OF SERVICE

I certify that on January 18, 2024, I filed the foregoing with the Clerk of the Court for the District of Colorado using the CM/ECF system, which will send a copy to the following email addresses:

Adrienne.boyd@arnoldporter.com

colin.obrien@arnoldporter.com

liam.e.oconnor@arnoldporter.com

                                                s/ *Andrew M. Soler*
                                                Andrew M. Soler