IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 23-cv-02359-STV | Date: February 20, 2024 |
| Courtroom Deputy: Meghan Smotts | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK | Liam O'Connor |
| Plaintiff, | |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT | Andrew Soler |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**
**Court in session:** 9:56 a.m.
Court calls case. Appearances of counsel.

This matter is before the court for a status of the case.

For the reasons stated on the record, it is:

**ORDERED:** The Defendant shall produce discovery as outlined below:

- **One thousand (1000) pages by March 22, 2024, followed by a joint status report by March 25, 2024.**
- **One thousand (1000) pages by April 22, 2024, followed by a joint status report by April 26, 2024.**
- **One thousand two hundred and eighty-six (1286) pages by May 27, 2024, followed by a joint status report by May 31, 2024.**

HEARING CONCLUDED.
**Court in recess:** 10:01 a.m.     Total time in court: 00:05

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534