IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02359-STV

ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK,

    Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT.

    Defendant.

## JOINT STATUS REPORT

Pursuant to the Court's February 20, 2024, Order, ECF No. 26, the Parties hereby provide the Court with a joint status report, as set forth below.

1. This is an action brought by Plaintiff under the Freedom of Information Act ("FOIA") seeking records related to the death of an individual who was detained by U.S. Immigration and Customs Enforcement ("ICE"). *See generally* ECF No. 1.

2. On February 20, 2024, the Court ordered, among other things, ICE to produce 1000 pages of documents to Plaintiff by March 25, 2024. ECF No. 26.

3. On or around March 20, 2024, ICE produced to counsel for Plaintiff 1571 pages of documents responsive to Plaintiff's FOIA requests.

4. ICE is in the process of collecting and producing additional relevant documents for Plaintiff's FOIA requests. As ordered by the Court, ICE will produce the next batch of required pages of documents by April 26, 2024.

5. On March 21, 2024, counsel for Plaintiff and Defendant conferred on the scope of ICE's search for documents and redactions to those documents.

6. The Parties continue to work cooperatively together to resolve any issues in this case.

Respectfully submitted this 25th day of March, 2024,

| | |
|---|---|
| <u>s/ Liam E. O'Connor</u> | /s *Andrew M. Soler* |
| Liam E. O'Connor | Andrew M. Soler |
| ARNOLD & PORTER KAYE SCHOLER LLP | United States Attorney's Office |
| Three Embarcadero Center, 10th Floor | 1801 California Street, Suite 1600 |
| San Francisco, CA 94111 | Denver, CO 80202 |
| Phone: (415) 471-3352 | Phone: 303-454-0201 |
| Email: Liam.E.OConnor@arnoldporter.com | Andrew.Soler@usdoj.gov |
| Counsel for Plaintiff | Counsel for Defendant |

## CERTIFICATE OF SERVICE

I certify that on March 25, 2024, I filed the foregoing with the Clerk of the Court for the District of Colorado using the CM/ECF system, which will send a copy to the following email addresses:

Adrienne.boyd@arnoldporter.com

colin.obrien@arnoldporter.com

liam.e.oconnor@arnoldporter.com

s/ *Andrew M. Soler*
Andrew M. Soler
