IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02359-STV

ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK,

    Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT.

    Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's February 20, 2024 Order, *see* ECF No. 26, Plaintiff Rocky Mountain Immigrant Advocacy Network ("RMIAN") and Defendant U.S. Immigration and Customs Enforcement ("ICE") submit this joint status report.

1. Since the Parties submitted their last joint status report on March 25, 2024, *see* ECF No. 27, ICE made its sixth production of documents, which totaled 951 pages, on or about April 18, 2024.

2. Consistent with this Court's February 20, 2024 Order, *see* ECF No. 26, ICE will complete its processing and production of materials responsive to Plaintiff's FOIA requests by May 27, 2024.

3. The Parties have been conferring about the scope of ICE's search for responsive materials and ICE's redactions to documents in its productions to date. The Parties will continue to confer on these issues as necessary and will attempt to resolve any disputes.

4. The Parties will address the need for any further case deadlines in the next joint status report, due May 31, 2024.  *See* ECF No. 26.

Respectfully submitted this 26th day of April, 2024,

| | |
|---|---|
| ARNOLD & PORTER KAYE SCHOLER LLP | COLE FINEGAN<br>United States Attorney |
| <u>*/s/ Liam E. O'Connor*</u><br>Liam E. O'Connor<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111<br>Phone: (415) 471-3352<br>Email: Liam.E.OConnor@arnoldporter.com<br>Counsel for Plaintiff | <u>*/s/ Andrew M. Soler*</u><br>Andrew M. Soler<br>United States Attorney's Office<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>Phone: 303-454-0201<br>Andrew.Soler@usdoj.gov<br>Counsel for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2024, I served via CM/ECF the foregoing JOINT STATUS REPORT on all counsel of record.

*/s/ Liam E. O'Connor*
Liam E. O'Connor
