IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02359-STV

ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK,

    Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

## JOINT STATUS REPORT

Pursuant to the Court's May 31, 2024, Order, *see* ECF No. 30, Plaintiff Rocky Mountain Immigrant Advocacy Network ("RMIAN") and Defendant U.S. Immigration and Customs Enforcement ("ICE") submit this joint status report.

1. Since the Parties submitted their last joint status report on June 27, 2024, *see* ECF No. 31, ICE made its ninth production of documents, which totaled 266 pages and 20 Excel spreadsheets, on or about July 26, 2024.

2. At this time, ICE does not anticipate that it will make any additional productions of documents relevant to RMIAN's FOIA requests.

3. However, ICE is still working to identify whether audio recordings responsive to request 4 of RMIAN's FOIA request may exist.

1

4. In addition, ICE has agreed to provide RMIAN with a detailed description of its supplemental search for materials responsive to document requests 6, 7, 15-18, and 20-21 of RMIAN's FOIA request by August 16, 2024.

5. The Parties propose that, while ICE completes its search for audio recordings and provides the detailed description of its supplemental search, the Parties submit an additional joint status report to keep the Court apprised of the status of case and the need for any further case deadlines. The Parties propose that they submit a joint status report on August 30, 2024.

6. The Parties will continue to confer on issues as necessary and will attempt to resolve any disputes.

Respectfully submitted this 31st day of July, 2024,

| | |
|---|---|
| ARNOLD & PORTER KAYE SCHOLER LLP | MATTHEW T. KIRSCH<br>Acting United States Attorney |
| /s/ Adrienne D. Boyd<br>Adrienne D. Boyd<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>1144 Fifteenth St., Suite 3100<br>Denver, CO 80202<br>Phone: (303) 863-2393<br>Email: Adrienne.Boyd@arnoldporter.com<br>Counsel for Plaintiff | /s/ Andrew M. Soler<br>Andrew M. Soler<br>United States Attorney's Office<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>Phone: 303-454-0201<br>Andrew.Soler@usdoj.gov<br>Counsel for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, I served via CM/ECF the foregoing JOINT STATUS REPORT on all counsel of record.

*/s/ Adrienne D. Boyd*
Adrienne D. Boyd